**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Sharon Jane BOYETT, Defendant–
Appellant.**

No. 05–40799
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Jan. 31, 2007.

Michelle S. Englade, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Texas, Beaumont, TX, for Plaintiff–Appellee.

Bernard John Shealy, Amy R. Blalock, Assistant Federal Public Defender, Federal Public Defender's Office, Eastern District of Texas, Tyler, TX, for Defendant–Appellant.

Before DAVIS, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Sharon Jane Boyett has moved for leave to withdraw from representation and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Boyett has filed several responses. Our independent review of the record, counsel's brief, and Boyett's responses shows that there are no nonfrivolous issues for appeal.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Although Boyett argues in one of her responses that her counsel was ineffective for various reasons, the record is insufficiently developed to allow consideration of these claims on direct appeal. *See United States v. Higdon,* 832 F.2d 312, 313–14 (5th Cir.1987).

Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and this appeal is DISMISSED. All other outstanding motions are DENIED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.